UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON NEIL FLORES

               Plaintiff,

  v.

NANCY BERRYHILL, Acting Commissioner of Social Security,

               Defendant.

Case No. C17-1511 BAT

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

The Court **GRANTS** plaintiff's *in forma pauperis* application, Dkt. 1, and **ORDERS**:

(1) Plaintiff shall be issued summonses and be provided with a Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.

(2) Plaintiff is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

DATED this 10th day of October, 2017.

                                            BRIAN A. TSUCHIDA
                                            United States Magistrate Judge